ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Taylor-Wharton International LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12075 (BLS)<br>(Joint Administration Pending)<br><br>Re: Docket No. 15 |

**ORDER GRANTING EXPEDITING CONSIDERATION OF, AND SHORTENING THE NOTICE PERIOD APPLICABLE TO, THE BID PROCEDURES COMPONENT OF THE DEBTORS' MOTION FOR ENTRY OF ORDERS: (I) ESTABLISHING BIDDING AND SALE PROCEDURES; (II) APPROVING THE SALE OF ASSETS; AND (III) GRANTING RELATED RELIEF**

This matter coming before the Court on the Motion for Order Expediting Consideration of, and Shortening the Notice Period Applicable to, Debtors' Motion for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief (the "Motion to Shorten")[2]; and this Court possessing jurisdiction to consider the Motion to Shorten; and venue lying appropriately with this Court; and it appearing that notice of the Motion to Shorten was sufficient under the circumstances; and upon the record herein; and after due diligence thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. A hearing to consider the Bid Procedures shall be held on October _20_, 2015 at _9:00 am_ (prevailing Eastern Time).

---

[1] The Debtors are the following two entities (with the last four digits of their taxpayer ID nos. in parenthesis): Taylor-Wharton International LLC (1577) and Taylor-Wharton Cryogenics LLC (1713).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion to Shorten.

3. All objections and/or other responses to the Bid Procedures shall be (i) filed with the Court and (ii) served so as to be actually received, by no later than October 19, 2015 at 12:00 noon (prevailing Eastern Time), by (a) counsel to the Debtors, Reed Smith LLP, 1201 North Market Street, Suite 1500, Wilmington, DE 19801 (Attn: Derek Baker, dbaker@reedsmith.com and J. Cory Falgowski, jfalgowski@reedsmith.com) (b) Stifel, Nicolaus & Company, Incorporated, 787 7th Avenue, 11th Floor, New York, NY 10001 (Attn: Rob Kaplan, rkaplan@stifel.com); (c) counsel to the Stalking Horse Buyer, (i) Golenbock Eiseman Assor Bell & Peskoe LLP, 437 Madison Ave., New York, NY 10022 (Attn: Marc D. Rosenberg, mrosenberg@golenbock.com, and Matthew Weill, mweill@golenbock.com) and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn: Robert S. Brady, rbrady@ycst.com); (d) counsel to the DIP and Prepetition Agents, Latham & Watkins LLP, 330 N Wabash Ave, Suite 2800, Chicago, IL 60611 (Attn: Rick Levy, richard.levy@lw.com and Matt Warren, matthew.warren@lw.com), and (e) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801; and (f) once it is formed, counsel to the official committee of unsecured creditors.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: October ___, 2015
Wilmington, Delaware

_____
United States Bankruptcy Judge