**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
TAYLOR-WHARTON INTERNATIONAL              :    Case No. 15-12075 (BLS)
LLC, *et al.*,                            :
                                          :    NOTICE OF APPOINTMENT OF
                        Debtors.          :    COMMITTEE OF UNSECURED
                                          :    CREDITORS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


     Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

     1. **Pension Benefit Guaranty Corp.,** Attn: Louisa Fennell, 1200 K Street NW, Washington, D.C., 20005, Phone: (202) 326-4020, Fax: (202) 326-4112

     2. **O'Neal Steel, Inc.,** Attn: Mark Woolnough, P.O. Box 2623, Birmingham, AL 35202, Phone: (205) 599-8354; Fax: (205) 599-8515

     3. **Harsco Corporation**, Attn: Sam Romaninsky, 350 Poplar Church Road, Camp Hill, PA 17011, Phone: (717) 730-1950, Fax: (717) 730-1951


          ANDREW R. VARA
          Acting United States Trustee, Region 3


          */s/ Benjamin Hackman*    for
          T. PATRICK TINKER
          ASSISTANT UNITED STATES TRUSTEE

DATED: October 16, 2015

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: J. Cory Falgowski, Phone: (302) 778-7500, Fax: (302) 778-7575