IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Taylor-Wharton International LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-12075 (BLS) |

**NOTICE OF APPEARANCE OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that The Official Committee of Unsecured Creditors of Taylor-Wharton International LLC*, et al.*, in the above-captioned chapter 11 cases, by and through its proposed undersigned counsel, hereby submits this Notice of Appearance and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 1103 and 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given and all papers served in these cases, be delivered to and served upon the counsel identified below at the following address and further requests to be added to the Master Service List:

| | |
|---|---|
| Mary E. Seymour, Esq.<br>Wojciech F. Jung, Esq.<br>Cassandra M. Porter, Esq.<br>Anthony De Leo, Esq.<br>LOWENSTEIN SANDER LLP<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>T: 973.597.2500<br>F: 973.597.2400<br>mseymour@lowenstein.com<br>wjung@lowenstein.com<br>cporter@lowenstein.com<br>adeleo@lowenstein.com | Frederick B. Rosner, Esq.<br>Julia B. Klein, Esq.<br>THE ROSNER LAW GROUP LLC<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>rosner@teamrosner.com<br>klein@teamrosner.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes,

---

[1] The Debtors are the following two entities (with the last four digits of their taxpayer ID nos. in parenthesis): Taylor-Wharton International LLC (1577) and Taylor-Wharton Cryogenics LLC (1713). The Debtors' corporate address is: 5600 Rowland Road, Minnetonka, MN 55343.

{00016026. }

without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Dated: October 16, 2015
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

and

Mary E. Seymour, Esq.
Wojciech F. Jung, Esq.
Cassandra M. Porter, Esq.
Anthony De Leo, Esq.
LOWENSTEIN SANDER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
T: 973.597.2500
F: 973.597.2400
mseymour@lowenstein.com
wjung@lowenstein.com
cporter@lowenstein.com
adeleo@lowenstein.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

2

{00016026. }