IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
In re:                                                          :    Chapter 11
                                                                :
TAYLOR-WHARTON INTERNATIONAL                                    :    Case No. 15-12075 (BLS)
LLC, *et al.*,                                                  :
                                                                :    **AMENDED**✸ NOTICE OF APPOINTMENT
           Debtors.                                             :    OF COMMITTEE OF UNSECURED
                                                                :    CREDITORS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

    1. **Pension Benefit Guaranty Corp.**, Attn: Louisa Fennell, 1200 K Street NW, Washington, D.C., 20005, Phone: (202) 326-4020, Fax: (202) 326-4112

    2. **O'Neal Steel, Inc.**, Attn: Mark Woolnough, P.O. Box 2623, Birmingham, AL 35202, Phone: (205) 599-8354; Fax: (205) 599-8515


                                        ANDREW R. VARA
                                        Acting United States Trustee, Region 3


                                        /s/ *Benjamin Hackman*    for
                                        T. PATRICK TINKER
                                        ASSISTANT UNITED STATES TRUSTEE

DATED: November 9, 2015

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: J. Cory Falgowski, Phone: (302) 778-7500, Fax: (302) 778-7575


✸**Amended to reflect the resignation of Harsco Corporation, effective November 9, 2015.**