# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Taylor-Wharton International LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12075 (BLS)<br>Jointly Administered<br><br>**Hearing Date: Only if an objection is filed**<br>**Obj. Deadline: Dec. 15, 2015 @ 4:00 p.m. (ET)** |

**FIRST MONTHLY FEE APPLICATION OF EISNERAMPER LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>OCTOBER 16, 2015 THROUGH OCTOBER 31, 2015</u>**

| | |
|---|---|
| Name of Applicant: | EisnerAmper LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Pending |
| Period for which Compensation and Reimbursement is Sought: | October 16, 2015 through October 31, 2015 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $ 55,469.50 @ 80% = $ 44,375.60 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 253.55 |
| Total Amount of Compensation and Reimbursement Sought | $ 44,629.15 |

This is a:     __X__ monthly          _____ interim          _____ final application.

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: Taylor-Wharton International LLC (1577) and Taylor-Wharton Cryogenics LLC (1713). The headquarters for the above-captioned Debtors is located at 5600 Rowland Rd., Minnetonka, MN 55343.

1

# TAYLOR- WHARTON INTERNATIONAL LLC, *ET AL.*
## OCTOBER FEE STATEMENT SUMMARY SHEET

| NAME OF PROFESSIONAL | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Wayne P. Weitz | Managing Director | 47.90 | 600.00 | $28,740.00 |
| Wayne P. Weitz | Travel | 3.0 | 300.00 | 900.00 |
| William J. Pederson | Director | 19.4 | 490.00 | 14,406.00 |
| William J. Pederson | Travel | 1.1 | 245.00 | 269.50 |
| Georgiana Nertea | Senior Manager | 28.60 | 390.00 | 11,154.00 |
| **Grand Total** | | 110.00 | | **$55,469.50** |

## COMPENSATION BY PROJECT CATEGORY

| CATEGORY | HOURS | FEE |
|---|---|---|
| Asset Disposition | 5.70 | $2,958.00 |
| Business Analysis | 51.90 | 25,929.00 |
| Case Administration | 2.80 | 1,248.00 |
| Court Hearing | 3.60 | 1,614.00 |
| Data Analysis | 3.50 | 1,525.00 |
| Fee/Employment Application | 2.10 | 1,238.00 |
| Financing | 26.00 | 14,578.00 |
| Meetings of Creditors | 10.30 | 5,210.00 |
| Travel Time | 4.10 | 1,169.50 |
| **TOTAL HOURS & FEES** | **110.00** | **$55,469.50** |

Case 15-12075-BLS    Doc 271    Filed 11/25/15    Page 3 of 11

3

## EXPENSE SUMMARY

| DISBURSEMENTS: | | | | | | AMOUNT |
|---|---|---|---|---|---|---|
| a.) Telephone | | | | | | |
| b.) Messenger Service | | | | | | |
| c.) Photocopying | | pages @ | $ | 0.10 | per page | - |
| d.) Travel | 120 | miles @ | $ | 0.575 | per mile | 69.00 |
| e.) Postage | | | | | | |
| f.) Overnight Mail | | | | | | |
| g.) Facsimile Charges | | pages @ | $ | 1.00 | per page | - |
| h.) Other (Explain): | | | | | | |
|     Court Call telephonic court appearance | | | | | | 30.00 |
|     Train Fare | | | | | | 51.00 |
|     Meals | | | | | | 75.55 |
|     Parking | | | | | | 28.00 |
| **Disbursements Total:** | | | | | | **$ 253.55** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Taylor-Wharton International LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12075 (BLS)<br>Jointly Administered<br><br>**Hearing Date: Only if an objection is filed**<br>**Obj. Deadline: Dec. 15, 2015 @ 4:00 p.m. (ET)** |

**FIRST MONTHLY FEE APPLICATION OF EISNERAMPER LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 16, 2015 THROUGH OCTOBER 31, 2015**

EisnerAmper LLP ("EisnerAmper"), submits this First Monthly Fee Application as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") for Allowance of Compensation for Services Rendered and Expenses Incurred for the Period October 16, 2015 through October 31, 2015 (the "Application"), pursuant to the Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on November 6, 2015 (the "Interim Compensation Order"). By this Application, EisnerAmper, as financial advisor to the Committee in these cases, seeks interim approval and payment of compensation for financial advisory services performed and expenses incurred during the period commencing October 1, 2015 through October 31, 2015 (the "Compensation Period"). In support hereof, EisnerAmper, respectfully represents the following:

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: Taylor-Wharton International LLC (1577) and Taylor-Wharton Cryogenics LLC (1713). The headquarters for the above-captioned Debtors is located at 5600 Rowland Rd., Minnetonka, MN 55343.

1

## I. FACTUAL BACKGROUND

1. On October 7, 2015 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief (the "Chapter 11 Cases") under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. No trustee or examiner has been appointed in the Chapter 11 Cases.

2. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate their businesses and manage their properties as debtors in possession.

3. On October 16, 2015, the Office of the United States Trustee appointed the Committee pursuant to section 1102(a)(1) of the Bankruptcy Code. *See* D.I. 68. The Committee was initially comprised of three members: (a) Pension Benefit Guaranty Corporation, (b) O'Neal Steel, Inc., and (c) Harsco Corporation. On the same day, the Committee selected Lowenstein Sandler LLP ("Lowenstein") as its lead counsel and The Rosner Law Group LLC ("RLG") to serve as Delaware counsel in these Chapter 11 Cases.

4. On November 10, 2015, the Office of the United States Trustee filed an Amended Notice of Appointment of Creditors' Committee (D.I. 208) reflecting the resignation from the Committee of Harsco Corporation.

## II. COMPENSATION AND REIMBURSEMENT OF EXPENSES

5. EisnerAmper submits this Application for the allowance of reasonable compensation for actual and necessary professional services provided to the Committee as its financial advisor in these cases, and for reimbursement of actual and necessary out-of-pocket expenses incurred in representing the Committee during the Compensation Period. All included services and costs for

which EisnerAmper seeks compensation were performed for, or on behalf of, the Committee during the Compensation Period.

6. In connection with services performed, EisnerAmper billed a total of $55,469.50 in fees and incurred $253.55 in expenses on behalf of the Committee during the Compensation Period.

7. By this Application, EisnerAmper seeks: (a) interim allowance of compensation in the amount of $55,469.50 for financial advisory services rendered during the Compensation Period, and reimbursement in the amount of $253.55 for expenses incurred during the Compensation Period and (b) pursuant to the Interim Compensation Order, payment of compensation in the amount of $44,375.60 (80% of the compensation requested) and reimbursement of expenses incurred by EisnerAmper during the Compensation Period in the amount of $253.55 (100% of the expenses incurred).

8. All of the professional services that EisnerAmper rendered to the Committee during the Application Period are set forth in detail in <u>Exhibit C</u>, segregated according to projects billing categories. Brief descriptions of certain services deserving specific mention are highlighted below, by project category:

    **A) Asset Disposition: (Total Hours: 5.70; Total Fees: $2,958.00)**

This category includes sales, leases (§365 matters), abandonment and transaction work related to asset disposition, including §363 sales and other dispositions of assets.

### B) Business Analysis: (Total Hours: 51.90; Total Fees: $25,929.00)

This category includes time spent in the review of debtors' business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies and general review of business matters as they pertain to the bankruptcy case.

### C) Case Administration: (Total Hours: 2.80; Total Fees: $1,248.00)

This category includes time spent in coordination and compliance matters including case management tasks; schedules; contacts with the Office of the United States Trustee; general record keeping and documentation requirements.

### D) Court Hearing: (Total Hours: 3.6; Total Fees: $1,614.00)

Time billed to this category includes time related to attending and preparing for hearings held before the United States Bankruptcy Court for the District of Delaware. During the Compensation Period, the Applicant, among other things, attended hearings before the Bankruptcy Court.

### E) Data Analysis: (Total Hours: 3.50; Total Fee: $1,525.00)

Among other services provided in this category during the Compensation Period, EisnerAmper professionals researched and reviewed bankruptcy documentation and public filings of the Debtors; performed an extensive analysis of Debtors' financial information including cash flow reports and valuations and provided feedback and analysis to the Committee and its legal counsel regarding our findings. EisnerAmper professionals also analyzed the intercompany debts of the Debtors and non-Debtor foreign subsidiaries at the request of Committee counsel.

### F) Fee and Employment Application: (Total Hours: 2.10;Total Fees: $1,238.00)

This category includes the preparation and/or review of employment and fee applications for self or others; motions to establish interim procedures.

**G) Financing: (Total Hours:26.00; Total Fees: $14,578.00)**

EisnerAmper's efforts were focused primarily on working with and advising the Committee's legal counsel in connection with cash collateral issues and DIP forecast, including assistance with the financial aspects of the Committee's DIP Objection.

**H) Meeting of Creditors: (Total Hours: 10.30; Total Fees: $5,210.00)**

Time billed to this category represents the Applicant's interactions with members of and counsel for the Official Committee of Unsecured Creditors.

**I) Travel Time: (Total Hours: 4.10; Total Fees: $1,169.50)**

Time billed to this category represents all travel time in connection with this case.

9. The billing invoices for the Compensation Period are annexed hereto as <u>Exhibit A</u>, Professional Time by Staff Member, <u>Exhibit B,</u> Professional Schedule of Time by Date Order and <u>Exhibit C</u>, Detail Schedule of Professional Time by Code. These invoices detail the services performed. The fees and expenses sought within the Statement Period are as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement Requested | Total Interim Request |
|---|---|---|---|---|
| $55,429.50 | ($11,085.90) | $44,375.60 | $253.55 | $44,629.15 |

### III. ANALYSIS AND NARRATIVE DESCRIPTION OF SERVICES RENDERED AND TIME EXPENDED

10. Section 330(a) of the Bankruptcy Code provides, in pertinent part, that bankruptcy courts may award "reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional employed by any such person." <u>See</u> 11 U.S.C. § 330(a)(1)(A). The professionals requesting compensation from the bankruptcy estate bear the burden of demonstrating to the Court that the services performed and fees incurred were reasonable.

11. In determining the amount of reasonable compensation to be awarded, the Court shall consider, pursuant to Section 330(a)(3) of the Bankruptcy Code, the nature, extent, and the value of such services, taking into account all relevant factors, including: (A) the time spent on such services, (B) the rates charged for such services, (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title, (D) whether the services were performed within a reasonable time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed, (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field, and (F) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. See 11 U.S.C. § 330(a)(3)(A)-(F).

12. EisnerAmper believes that its rates are market rates within the range charged by other financial advisors in this marketplace for similar Chapter 11 cases. Here, the compensation requested does not exceed the reasonable value of the services rendered. EisnerAmper's standard hourly rates for work of this nature are set at a level designed to fairly compensate EisnerAmper for the work of its paraprofessionals and to cover fixed and routine overhead expenses.

13. This Application covers the period from October 16, 2015 through October 31, 2015. Although every effort was made to include all fees and expenses from the Compensation Period in this Application, some fees and/or expenses from the Compensation Period might not be included in this Application due to delays in processing time and receipt of invoices for expenses and/or for preparation of the instant application subsequent to the Compensation Period. Accordingly, EisnerAmper reserves the right to make further applications to the Court for allowance of fees and expenses not included herein.

14. EisnerAmper believes that the Application and the description of services set forth herein for work performed are in compliance with the requirements of Del.Bankr.L.R. 2016-2, the Interim Compensation Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees. A true and correct copy of the Verification of Wayne P. Weitz is attached hereto.

WHEREFORE, EisnerAmper respectfully requests monthly interim allowance of compensation for professional services rendered in the amount of $55,469.50 and reimbursement of expenses in the amount of $253.55 for the period October 16, 2015 through October 31, 2015 and payment according to the procedures set forth in the Interim Compensation Order.

Respectfully submitted,

EISNERAMPER LLP

Dated: November 25, 2015

/s/ Wayne P. Weitz
Wayne P. Weitz

## VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Wayne P. Weitz, verify as follows:

1. I am a managing director with the applicant firm, EisnerAmper LLP ("EisnerAmper"). EisnerAmper has rendered professional services in these Chapter 11 cases as financial advisor to the Official Committee of Unsecured Creditors.

2. I have read the foregoing application of EisnerAmper for compensation and reimbursement of expenses (the "Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R. 2016-2, and the Executive Office for United States Trustees.

I verify under penalty of perjury that the foregoing is true and correct.

EISNERAMPER LLP

Dated: November 25, 2015

/s/ Wayne P. Weitz_____
Wayne P. Weitz