# EXHIBIT C

**TAYLOR-WHARTON INTERNATLIONAL, LLC, ET. AL.**
**FOR PROFESSIONAL SERVICES RENDERED FROM 10/01/2015 THROUGH AND INCLUDING 10/31/2015 BY WORK CODE:**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William J. Pederson | 10/19/2015 | Review of LOIs and other interest letters. | $ 490.00 | 0.9 | $ 441.00 |
| Wayne Weitz | 10/19/2015 | Review draft objection to bid procedures; comments to counsel. | 600.00 | 2.2 | 1,320.00 |
| Wayne Weitz | 10/20/2015 | Call with G. Nertea re: bid procedures hearing; email correspondence W. Pederson, re: same. | 600.00 | 0.3 | 180.00 |
| Georgiana Nertea | 10/23/2015 | Correspondence with counsel and review of records in the data room re: APA schedules; t/c with counsel re: same. | 390.00 | 0.6 | 234.00 |
| William J. Pederson | 10/23/2015 | Review of documents including the asset purchase agreement and exhibits. | 490.00 | 1.2 | 588.00 |
| Georgiana Nertea | 10/26/2015 | Conf. call with Stifel (IB) re: updates on data room activity, potential buyers; values etc. | 390.00 | 0.5 | 195.00 |
| | | **Asset Disposition Total** | | **5.7** | **2,958.00** |
| Georgiana Nertea | 10/16/2015 | Initial meeting with Committee counsel to review case information and develop strategy and workplan. | 390.00 | 2.9 | 1,131.00 |
| Wayne Weitz | 10/16/2015 | Initial meeting with Committee counsel to review case information and develop strategy and workplan. | 600.00 | 2.9 | 1,740.00 |
| Georgiana Nertea | 10/17/2015 | Conference call W. Weitz, Debtors' CRO and investment banker re: projections and operations. | 390.00 | 1.0 | 390.00 |
| Georgiana Nertea | 10/17/2015 | Follow-up conference call with W. Weitz re: call with CRO and IB. | 390.00 | 0.5 | 195.00 |
| Georgiana Nertea | 10/17/2015 | Conference call W. Weitz, W. Pederson and Lowenstein re: case overview and information received. | 390.00 | 0.8 | 312.00 |
| William J. Pederson | 10/17/2015 | Conference call G. Nertea, W. Weitz and Lowenstein re: case overview and information received. | 490.00 | 0.8 | 392.00 |
| Wayne Weitz | 10/17/2015 | Prepare for conference call with CRO and IB. | 600.00 | 0.8 | 480.00 |
| Wayne Weitz | 10/17/2015 | Conference call G. Nertea, Debtors' CRO and investment banker re: projections and operations. | 600.00 | 1.0 | 600.00 |
| Wayne Weitz | 10/17/2015 | Follow-up conference call with G. Nertea re: call with CRO and IB. | 600.00 | 0.5 | 300.00 |
| Wayne Weitz | 10/17/2015 | Conference call G. Nertea, W. Pederson and Lowenstein re: case overview and information received. | 600.00 | 0.8 | 480.00 |
| Wayne Weitz | 10/17/2015 | Email correspondence to Debtor's advisors and UCC counsel re: and review of information provided by Debtor. | 600.00 | 1.9 | 1,140.00 |
| Wayne Weitz | 10/17/2015 | Email correspondence counsel re: information request. | 600.00 | 0.4 | 240.00 |
| Georgiana Nertea | 10/18/2015 | Conference call W. Weitz, Debtors' CRO and FA re: operations and financial performance. | 390.00 | 1.0 | 390.00 |
| Georgiana Nertea | 10/18/2015 | Call with G. Nertea, W. Weitz, Lowenstein re: case strategy, financial projections and upcoming hearing. | 390.00 | 0.6 | 234.00 |
| William J. Pederson | 10/18/2015 | Review of pleadings/filings to prepare for upcoming Committee call re: first Day declaration, DIP Financing Motion. | 490.00 | 1.0 | 490.00 |
| William J. Pederson | 10/18/2015 | Call with G. Nertea, W. Pederson, Lowenstein re: case strategy, financial projections and upcoming hearing. | 490.00 | 0.6 | 294.00 |
| Wayne Weitz | 10/18/2015 | Review information received from Debtors; email correspondence Lowenstein re: same. | 600.00 | 1.4 | 840.00 |
| Wayne Weitz | 10/18/2015 | Email correspondence counsel re: open items not yet received. | 600.00 | 0.3 | 180.00 |
| Wayne Weitz | 10/18/2015 | Review financial projection model. | 600.00 | 1.1 | 660.00 |
| Wayne Weitz | 10/18/2015 | Conference call G. Nertea, Debtors' CRO and FA re: operations and financial performance. | 600.00 | 1.0 | 600.00 |
| Wayne Weitz | 10/18/2015 | Conf call N. Brown (Wind Point) re: equity ownership history and objectives. | 600.00 | 0.4 | 240.00 |
| Wayne Weitz | 10/18/2015 | Call with G. Nertea, W. Pederson, Lowenstein re: case strategy, financial projections and upcoming hearing. | 600.00 | 0.6 | 360.00 |
| William J. Pederson | 10/19/2015 | Review of documents and pleadings to prepare for upcoming hearing. | 490.00 | 3.1 | 1,519.00 |
| Georgiana Nertea | 10/20/2015 | Call with W. Weitz re: bid procedures hearing. | 390.00 | 0.3 | 117.00 |
| Georgiana Nertea | 10/20/2015 | Prep for and call with W. Pederson and W. Weitz re: information request. | 390.00 | 0.5 | 195.00 |
| Georgiana Nertea | 10/20/2015 | Prep for and call with W. Pederson re: Debtors' documents located in the data room and documents to request list. | 390.00 | 0.5 | 195.00 |
| William J. Pederson | 10/20/2015 | Attend meeting with Committee counsel following hearing. | 490.00 | 1.1 | 539.00 |
| William J. Pederson | 10/20/2015 | Prep for and call with G. Nertea re: Debtors' documents located in the data room and documents to request list. | 490.00 | 0.5 | 245.00 |
| Wayne Weitz | 10/20/2015 | Call with G. Nertea re: bid procedures hearing. | 600.00 | 0.3 | 180.00 |
| Georgiana Nertea | 10/21/2015 | Review data room re: intercompany transactions and email W. Pederson and W. Weitz | 390.00 | 0.7 | 273.00 |
| Georgiana Nertea | 10/22/2015 | Review of data room re: personnel org charts and email to counsel and EA case team. | 390.00 | 0.5 | 195.00 |
| William J. Pederson | 10/22/2015 | Review of documents in data room including trial balance report. Email to CRO re: document request. | 490.00 | 2.1 | 1,029.00 |
| William J. Pederson | 10/22/2015 | Review of monthly reporting packages from data room. | 490.00 | 1.4 | 686.00 |
| Georgiana Nertea | 10/23/2015 | Conf call W.P. Weitz and W. Pederson re: DIP and business analysis. | 390.00 | 1.1 | 429.00 |
| Georgiana Nertea | 10/23/2015 | Prep for and T/C with counsel, W.P. Weitz and W. Pederson re: information request and open items. | 390.00 | 0.6 | 234.00 |
| William J. Pederson | 10/23/2015 | Call with Committee counsel re:503(b)(9) claims, admin accruals, priority claims. | 490.00 | 0.4 | 196.00 |
| William J. Pederson | 10/25/2015 | Review of emails and filed documents, prepare for upcoming DIP hearing. | 490.00 | 0.5 | 245.00 |
| Wayne Weitz | 10/25/2015 | Review Week 1 variance analysis received from Debtor; email correspondence EA case team re: same. | 600.00 | 0.3 | 180.00 |
| Georgiana Nertea | 10/26/2015 | Conference call with Argus (CRO), W. Pederson and W.Weitz. | 390.00 | 1.0 | 390.00 |
| Georgiana Nertea | 10/26/2015 | Review KEIP motion; email analysis to W. Weitz and W. Pederson. | 390.00 | 0.3 | 117.00 |

**TAYLOR-WHARTON INTERNATIONAL, LLC, ET. AL.**
FOR PROFESSIONAL SERVICES RENDERED FROM 10/01/2015 THROUGH AND INCLUDING 10/31/2015 BY WORK CODE:

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Georgiana Nertea | 10/26/2015 | Conference call with OCUC counsel re: updates from the conference call with Argus (CRO). | 390.00 | 0.7 | 273.00 |
| Georgiana Nertea | 10/26/2015 | Review cash flow from CRO through 2016 updated with actuals. | 390.00 | 0.7 | 273.00 |
| William J. Pederson | 10/26/2015 | Review of filed documents and detailed budget, prepare for discussion with Committee counsel re: TSA, insurance, non-debtor subsidiaries and related liabilities. | 490.00 | 1.8 | 882.00 |
| William J. Pederson | 10/26/2015 | Review revised budget, prepare for upcoming call with CRO. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 10/26/2015 | Call with CRO to review budget and underlying assumptions. | 490.00 | 1.0 | 490.00 |
| Wayne Weitz | 10/26/2015 | Conference call with GN, CRO re: updated projections and business operations. | 600.00 | 1.0 | 600.00 |
| Wayne Weitz | 10/26/2015 | Conference call G. Nertea and M. Seymour re: projections and operations. | 600.00 | 0.4 | 240.00 |
| Wayne Weitz | 10/26/2015 | Document review to prepare for Doherty deposition. | 600.00 | 1.8 | 1,080.00 |
| Georgiana Nertea | 10/27/2015 | Compare original personnel org charts downloaded from data room to updated personnel org charts and send conclusions to W.P. Weitz and W. Pederson. | 390.00 | 1.3 | 507.00 |
| Georgiana Nertea | 10/27/2015 | Review Debtors' documents downloaded from data room. | 390.00 | 0.3 | 117.00 |
| Wayne Weitz | 10/27/2015 | Document review in preparation for T. Doherty deposition. | 600.00 | 1.8 | 1,080.00 |
| Georgiana Nertea | 10/29/2015 | Review updated budget from Argus and compare to previous version. | 390.00 | 0.5 | 195.00 |
| Georgiana Nertea | 10/30/2015 | Review of deposition transcript of Debtors' CRO. | 390.00 | 0.5 | 195.00 |
| Georgiana Nertea | 10/30/2015 | Correspondence with Argus re: TSA line item breakout and access to Argus share file re: GL. | 390.00 | 0.5 | 195.00 |
| William J. Pederson | 10/30/2015 | Review of documents re: cash flow forecast. | 490.00 | 0.4 | 196.00 |
| Wayne Weitz | 10/30/2015 | Review actual results and updated projection model. | 600.00 | 1.1 | 660.00 |
| | | **Business Analysis Total** | | **51.5** | **25,733.00** |
| Wayne Weitz | 10/17/2015 | Update critical dates on calendar. | 600.00 | 0.6 | 360.00 |
| William J. Pederson | 10/20/2015 | Call with Committee counsel re: case strategy and upcoming objection deadline. | 490.00 | 0.3 | 147.00 |
| Georgiana Nertea | 10/21/2015 | Review Court docket and update calendar of events in case, meeting request to W. Pederson and W.Weitz | 390.00 | 0.5 | 195.00 |
| Georgiana Nertea | 10/27/2015 | Correspondence with W.P. Weitz and W. Pederson re: Court Call dial-in DIP hearing the following day. | 390.00 | 0.2 | 78.00 |
| Georgiana Nertea | 10/30/2015 | Review Court docket and update case calendar re: sale hearing and objections and create meeting invites for W. Weitz and W. Pederson. | 390.00 | 0.7 | 273.00 |
| Georgiana Nertea | 10/30/2015 | Review Court docket re: final utilities and CV hearings and send meeting invites to W. Pederson and W. Weitz. | 390.00 | 0.5 | 195.00 |
| | | **Case Administration Total** | | **2.8** | **1,248.00** |
| Georgiana Nertea | 10/20/2015 | Prep for and telephonic appearance-Bid procedures hearing. | 390.00 | 0.6 | 234.00 |
| William J. Pederson | 10/20/2015 | Attend DIP financing and bid procedures hearing in Wilmington, DE. | 490.00 | 1.0 | 490.00 |
| Georgiana Nertea | 10/28/2015 | Attend telephonically the DIP hearing with Judge Shannon. | 390.00 | 0.9 | 351.00 |
| William J. Pederson | 10/28/2015 | Attend telephonically the DIP hearing with Judge Shannon. | 490.00 | 1.1 | 539.00 |
| | | **Court Hearing Total** | | **3.6** | **1,614.00** |
| Georgiana Nertea | 10/20/2015 | Review of Debtors' data room for projections on divisional/consolidated basis. | 390.00 | 1.6 | 624.00 |
| William J. Pederson | 10/20/2015 | Review of documents in data room including financials statements and trial balances, develop documents request listing for Debtor/Advisor. | 490.00 | 1.6 | 784.00 |
| Georgiana Nertea | 10/27/2015 | Follow-up and email correspondence with Argus re: line items details and GL dump in Excel. | 390.00 | 0.3 | 117.00 |
| | | **Data Analysis Total** | | **3.5** | **1,525.00** |
| Wayne Weitz | 10/21/2015 | Calls with C. Weinstein, J. Bakst re: conflict check. | 600.00 | 0.3 | 180.00 |
| William J. Pederson | 10/23/2015 | Review of draft employment application. | 490.00 | 0.2 | 98.00 |
| Wayne Weitz | 10/23/2015 | Prepare Retention Application. | 600.00 | 0.4 | 240.00 |
| Wayne Weitz | 10/23/2015 | Review changes and edits to retention application; update draft. | 600.00 | 0.4 | 240.00 |
| Wayne Weitz | 10/30/2015 | Revise retention application; email correspondence counsel re: same. | 600.00 | 0.8 | 480.00 |
| | | **Fee/Employment Application Total** | | **2.1** | **1,238.00** |
| Georgiana Nertea | 10/21/2015 | Conference call with W. Pederson, W. Weitz and Lowenstein re: DIP terms and OCUC objection. | 390.00 | 0.5 | 195.00 |
| William J. Pederson | 10/21/2015 | Conference call with W. Weitz, G. Nertea and Lowenstein re: DIP terms and OCUC objection. | 490.00 | 0.4 | 196.00 |
| William J. Pederson | 10/21/2015 | Review of DIP financing motion and related documents. | 490.00 | 1.3 | 637.00 |
| Wayne Weitz | 10/21/2015 | Conference call with W. Pederson, G. Nertea and Lowenstein re: DIP terms and OCUC objection. | 600.00 | 0.4 | 240.00 |
| Wayne Weitz | 10/21/2015 | Prepare for call with counsel re: DIP and DIP objection prep. | 600.00 | 0.4 | 240.00 |
| William J. Pederson | 10/23/2015 | Follow-up call with G. Nertea and W. Weitz re: cash available from DIP proceeds. | 490.00 | 0.5 | 245.00 |
| Wayne Weitz | 10/23/2015 | Conf call G. Nertea and W. Pederson re: DIP and business analysis. | 600.00 | 1.1 | 660.00 |

**TAYLOR-WHARTON INTERNATIONAL, LLC, ET. AL.**
**FOR PROFESSIONAL SERVICES RENDERED FROM 10/01/2015 THROUGH AND INCLUDING 10/31/2015 BY WORK CODE:**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Wayne Weitz | 10/23/2015 | Email correspondence and T/C counsel, G. Nertea and W. Pederson re: information request and open items. | 600.00 | 0.9 | 540.00 |
| William J. Pederson | 10/24/2015 | Review of DIP Motion and Bidding Procedures. | 490.00 | 0.8 | 392.00 |
| Wayne Weitz | 10/24/2015 | Review latest budget projection from Debtor to assess solvency; e-mail correspondence Committee counsel with analysis re: same. | 600.00 | 1.1 | 660.00 |
| William J. Pederson | 10/26/2015 | Call with Committee Counsel re: DIP financing and upcoming deposition of CRO. | 490.00 | 0.7 | 343.00 |
| Wayne Weitz | 10/26/2015 | Review and summarize budgeted professional fees in 13-week cash flow at request of counsel; email correspondence counsel re: same. | 600.00 | 0.8 | 480.00 |
| Wayne Weitz | 10/26/2015 | Conference call W. Pederson, G. Nertea, Argus re: budget; follow-up conference call W. Pederson, G. Nertea re: same. | 600.00 | 1.4 | 840.00 |
| Wayne Weitz | 10/26/2015 | Conference call Lowenstein team to follow up on conference call with CRO. | 600.00 | 0.7 | 420.00 |
| Georgiana Nertea | 10/27/2015 | Review Reply of Antares Cap LP to the Obj of the OCUC to DIP. | 390.00 | 1.3 | 507.00 |
| William J. Pederson | 10/27/2015 | Review of DIP documents re: break-up fees and expense reimbursement cap. | 490.00 | 0.3 | 147.00 |
| Wayne Weitz | 10/27/2015 | Meeting Lowenstein, Rosner to prepare for Doherty Deposition. | 600.00 | 1.5 | 900.00 |
| Wayne Weitz | 10/27/2015 | Attend T. Doherty deposition. | 600.00 | 4.0 | 2,400.00 |
| Wayne Weitz | 10/27/2015 | Meeting with W. Jung, B. Beuchler follow-up to Doherty deposition. | 600.00 | 1.7 | 1,020.00 |
| Georgiana Nertea | 10/28/2015 | Conf call with W. Pederson to follow up on OCUC status call. | 390.00 | 0.5 | 195.00 |
| William J. Pederson | 10/28/2015 | Conf call with G. Nertea to follow up on OCUC status call discussion. | 490.00 | 0.5 | 245.00 |
| Wayne Weitz | 10/28/2015 | Meeting W. Jung, M. Seymour to prepare for DIP hearing. | 600.00 | 0.5 | 300.00 |
| Wayne Weitz | 10/28/2015 | Attend DIP hearing, including negotiation meetings during court breaks. | 600.00 | 4.3 | 2,580.00 |
| William J. Pederson | 10/29/2015 | Review of revised projections and DIP order/revised DIP Financing. | 490.00 | 0.4 | 196.00 |
| | | **Financing Total** | | **26.0** | **14,578.00** |
| William J. Pederson | 10/19/2015 | Creditors' Committee call re: upcoming hearing, marketing of Debtor's assets, insurance issues. | 490.00 | 0.6 | 294.00 |
| Wayne Weitz | 10/19/2015 | Prepare for Committee conference call. | 600.00 | 0.6 | 360.00 |
| Wayne Weitz | 10/19/2015 | OCUC conference call. | 600.00 | 0.6 | 360.00 |
| Georgiana Nertea | 10/21/2015 | OCUC conference call. | 390.00 | 0.6 | 234.00 |
| William J. Pederson | 10/21/2015 | OCUC conference call. | 490.00 | 0.7 | 343.00 |
| Wayne Weitz | 10/21/2015 | OCUC conference call. | 600.00 | 0.6 | 360.00 |
| William J. Pederson | 10/26/2015 | OCUC conference call. | 490.00 | 0.8 | 392.00 |
| Georgiana Nertea | 10/26/2015 | OCUC conference call. | 390.00 | 0.8 | 312.00 |
| Wayne Weitz | 10/26/2015 | OCUC conference call. | 600.00 | 0.8 | 480.00 |
| Georgiana Nertea | 10/27/2015 | OCUC conference call following deposition. | 390.00 | 0.9 | 351.00 |
| Wayne Weitz | 10/27/2015 | OCUC conference call following deposition. | 600.00 | 0.9 | 540.00 |
| Georgiana Nertea | 10/28/2015 | OCUC conference call before hearing. | 390.00 | 0.3 | 117.00 |
| Georgiana Nertea | 10/28/2015 | OCUC update conference call following hearing. | 390.00 | 0.5 | 195.00 |
| William J. Pederson | 10/28/2015 | Attend Committee call prior to DIP hearing re: negotiation update. | 490.00 | 0.3 | 147.00 |
| William J. Pederson | 10/28/2015 | Post-hearing Committee call re: negotiations with Debtor, revised DIP budget. | 490.00 | 0.5 | 245.00 |
| Wayne Weitz | 10/28/2015 | OCUC conference call prior to DIP hearing. | 600.00 | 0.3 | 180.00 |
| Wayne Weitz | 10/28/2015 | OCUC update conference call following hearing. | 600.00 | 0.5 | 300.00 |
| | | **Meetings of Creditors Total** | | **10.3** | **5,210.00** |
| William J. Pederson | 10/23/2015 | Call with W.P. Weitz and G. Nertea re: budget analysis and discovery documents. | 490.00 | 0.4 | 196.00 |
| | | **Telephone Calls Total** | | **0.4** | **196.00** |
| William J. Pederson | 10/20/2015 | Travel time to/from Wilmington to attend DIP financing hearing. | 245.00 | 1.1 | 269.50 |
| Wayne Weitz | 10/27/2015 | Round trip travel Wilmington for T. Doherty deposition. | 300.00 | 1.5 | 450.00 |
| Wayne Weitz | 10/28/2015 | Round trip travel to Wilmington for DIP hearing. | 300.00 | 1.5 | 450.00 |
| | | **Travel Time Total** | | **4.1** | **1,169.50** |
| | | Total Hours and Fees | | 110.0 | 55,469.50 |
| | | Plus Expense: Meals | | | 75.55 |
| | | Plus Expense: Miles | | | 69.00 |
| | | Plus Expense: Train Fare | | | 51.00 |
| | | Plus Expense: Telephone Court Appearance Charge | | | 30.00 |
| | | Plus Expense: Parking | | | 28.00 |
| | | **Grand Total** | | | **$  55,723.05** |