**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Taylor-Wharton International LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-12075 (BLS)<br>Jointly Administered<br><br>Hearing Date: Only if an objection is filed<br>Obj. Deadline: Dec. 15, 2015  @ 4:00 p.m. (ET) |

**NOTICE OF FIRST MONTHLY FEE APPLICATION OF EISNERAMPER LLP AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OCTOBER 16, 2015 THROUGH OCTOBER 31, 2015**

TO:　　The Debtors, counsel to the Debtors and Debtors in Possession, the Office of the United States Trustee, counsel to the Administrative Agent, counsel to the First Lien Credit Facility Lenders and all parties requesting notice pursuant to Fed. R. Bankr. P. 2002.

　　　　PLEASE TAKE NOTICE that on November 25, 2015, EisnerAmper LLP, by and through the undersigned counsel for the Official Committee of Unsecured Creditors, filed the First Monthly Fee Application of EisnerAmper LLP as Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Expenses Incurred for the Period October 16, 2015 through October 31, 2015 (the "Application") seeking fees in the amount of $55,469.50 (of which EisnerAmper seeks payment of 80% or $44,375.60) and reimbursement of expenses in the amount of $253.55 for the period October 16, 2015 through October 31, 2015.  The Application was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

　　　　The Application is submitted pursuant to the Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on November 6, 2015 [D.I. 180] (the "Interim Compensation Order").

　　　　You are required to file a response to the Application on or before **December 15, 2015 at 4:00 p.m. (Eastern)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

　　　　At the same time, you must also serve a copy of the response so as to be received by that time by: (i) Taylor-Wharton International LLC, *et al.,* c/o Thomas Doherty, CRO, 5600 Rowland

---

[1] The Debtors and the last four digits of their respective U.S. federal taxpayer identification numbers are as follows: Taylor-Wharton International LLC (1577) and Taylor-Wharton Cryogenics LLC (1713). The headquarters for the above-captioned Debtors is located at 5600 Rowland Rd., Minnetonka, MN 55343.

Road Minnetonka MN 55343, (ii) counsel to Debtors, J. Cory Falgowski, Esq., Reed Smith LLP, 1201 N. Market, Suite 1500, Wilmington, DE 19801 and Derek J. Baker, Esq., Reed Smith LLP, 1717 Arch Street, Suite 3100, Philadelphia, PA 19103; (iii) counsel for the post-petition lenders, Richard Levy, Esq. and Matthew Warren, Esq., Latham & Watkins LLP, 330 North Wabash Ave., Suite 2800, Chicago IL 60611; (iv) counsel to the Official Committee of Unsecured Creditors (the "Committee"), Mary E. Seymour, Esq., Lowenstein Sandler LLP, 65 Livingston Avenue, Roseland, NJ 07068; and (v) Benjamin A. Hackman, Esq., Office of the United States Trustee, 844 North King Street, Room 2207, Lockbox 35, Wilmington, DE 19801.

**IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF THE FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE INTERIM COMPENSATION ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT. IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE ACCORDING TO THE PROCEDURES SET FORTH IN THE INTERIM COMPENSATION ORDER.**

Dated: November 25, 2015　　　　　　Respectfully submitted,
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: */s/ Julia B. Klein*
Frederick B. Rosner, Esq. (DE 3995)
Julia B. Klein, Esq. (DE 5198)
824 Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Proposed Delaware to the Official Committee of Unsecured Creditors*