# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Taylor-Wharton International LLC, *et al.*, | Case No. 15-12075 (BLS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 271

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *First Monthly Fee Application of EisnerAmper LLP, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from October 16, 2015 through October 31, 2015* [D.I. 271] (the "Application"), filed on November 25, 2015. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon.

Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than December 15, 2015 at 4:00 p.m. (Prevailing Eastern Time).

Dated: December 21, 2015
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia Klein*
Julia B. Klein (DE #5189)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
klein@teamrosner.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*

{00017278. }