## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CITY SPORTS, INC., *et al.*,[1] | Case No. 15-12054 (KG) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 403

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *First Monthly Fee Application of EisnerAmper LLP, as Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period October 15, 2015 through October 31, 2015* [D.I. 403] (the "Application"), filed on November 25, 2015. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon.

Pursuant to the Notice filed with the Application, objections to the Application were to be filed and served no later than December 15, 2015 at 4:00 p.m. (Prevailing Eastern Time).

Dated:  December 21, 2015
        Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Julia B. Klein*
Julia B. Klein (DE #5189)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone:  (302) 777-1111
klein@teamrosner.com

*Delaware Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: City Sports, Inc. (6205); and City Sports-DC, LLC (6205).  The mailing address for the Debtors, solely for purposes of notice and communications, is: 77 N. Washington Street, Boston, MA 02114.

{00017277. }